AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court

Eastern _____ DISTRICT OF Louisiana

UNITED STATES OF AMERICA
V.

ANDY FOWLER

**CRIMINAL COMPLAINT**

CASE NUMBER: 90-244 MAG

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about ___June 16, 1989___ in ___Orleans___ Parish county, in the Eastern District of Louisiana defendant(s) did, (Track Statutory Language of Offense) knowingly move from the State of Louisiana to the State of Texas to avoid confinement after having been convicted and sentenced in the 22nd Judicial District, Parish of St. Tammany, Louisiana for Manslaughter, a felony in the State of Louisiana, all

in violation of Title __18__ United States Code, Section(s) __1073__

I further state that I am a(n) __Special Agent-FBI__ and that this complaint is based on the following
Official Title

facts:

On 4/4/84, Andy Fowler was sentenced to 16 yrs. hard labor for the crime of Manslaughter in the 22nd Judicial District, Parish of St. Tammany, Louisiana. Fowler was committed to the custody of the Louisiana Department of Public Safety and Corrections to fulfill his sentence.

On or about June 16, 1989, Fowler escaped from the custody of the Work Training Facility South (WTFS), New Orleans, LA. Fowler had not completed his sentence and remains at large. Fowler is described as a white male, ht. 5'8", wt. 175 lbs, hair brown, eyes green, DOB 1/19/5! SSN 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.

A confidential source later informed Frank L. Jobert, Jr., Warden, WTFS, Fowler was going to Texas to meet a former inmate and friend. Jobert also received other information from

Continued on the attached sheet and made a part hereof: [X] Yes  [ ] No

Signature of Complainant
Lester Y. Tamashiro, Special Agent, FBI

Sworn to before me and subscribed in my presence,

__9/27/90__ at __New Orleans, LA__
Date                                            City and State

Ivan L. R. Lemelle, U.S. Magistrate
Name & Title of Judicial Officer                Signature of Judicial Officer

another confidential source indicating Fowler was traveling west, possibly to Texas.

On June 16, 1989, an arrest warrant was filed by the Louisiana Department of Public Safety and Corrections, charging Fowler with Escape. An arrest warrant was subsequently issued by the 19th Judicial District Court, Parish of East Baton Rogue, Louisiana.

A copy of the state arrest warrant is attached.



LOUISIANA DEPARTMENT OF

PUBLIC SAFETY AND CORRECTIONS

BATON ROUGE, LOUISIANA

FUGITIVE WARRANT

WARRANT NUMBER 539159578

Before me, the undersigned authority, personally came and appeared James E. Morris of the Louisiana Department of Public Safety and Corrections, who, first being duly sworn, deposes and says:

That Prisoner Number 105595, **Andy Fowler** who was by due process of law, in the **22nd Judicial District**, in and for the Parish of St. **Tammany**, State of Louisiana, on the date of **April 4, 1984**, adjudged guilty of the crime of **Manslaughter** which is a felony and was sentenced to a term of **16 years** at hard labor and committed to the custody of the Louisiana Department of Public Safety and Corrections.

That on or about the date of **June 16, 1989**, the said **Andy Fowler escaped** from the Louisiana Department of Public Safety and Corrections and fled to another jurisdiction; that the said **Andy Fowler**, has not served out his/her sentence in the Louisiana Department of Public Safety and Corrections.

That to the best of the knowledge and belief of affiant, the said **Andy Fowler** is presently at large.

That as Deputy Secretary of the Louisiana Department of Public Safety and Corrections, the said James E. Morris does now issue this declaration in the form prescribed by law and does command that the said **Andy Fowler** be apprehended and held by any peace officer as a fugitive from justice, pending his extradition and removal to this jurisdiction by due process of law, to serve out his/her sentence in the Louisiana Department of Public Safety and Corrections according to law.

Signed at Baton Rouge, Louisiana on _June 16_, 19_89_.

_____
Deputy Secretary, Public Safety & Corrections

Subscribed and sworn to before me _J. Michael McDonald_
Judge of the 19th Judicial
District Court in and for the
Parish of East Baton Rouge,
State of Louisiana

This _16th_ day of _June_, 19_89_.

A TRUE COPY

_____
NOTARY PUBLIC