UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL NO. 90-244 MAG** |
| **v.** | * | |
| **ANDY FOWLER** | * | |

\* \* \*

**O R D E R**

Considering the foregoing Motion to Dismiss Complaint;

**IT IS HEREBY ORDERED** that the criminal complaint in the above-referenced matter be DISMISSED.

New Orleans, Louisiana this ___27th___ day of _____May_____ 2014.

_____
UNITED STATES MAGISTRATE JUDGE